R. Sam Hopkins, Chapter 7 Trustee
Correspondence Email: Samhopkins@Cableone.Net
Chapter 7 Bankruptcy Trustee
P.O. Box 3014
Pocatello, ID 83206
Telephone: (208) 478-7978
Fax: (208) 478-7976

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| TRAVIS, SEAN PATRICK | ) | **CASE NO. 17-40753 JDP** |
| | ) | |
| | ) | **CHAPTER 7** |
| | ) | |
| Debtor(s) | ) | |

## APPLICATION TO EMPLOY AUCTIONEER BY TRUSTEE

**Notice of Trustee's Application to Employ Auctioneer
and Opportunity to Object and for a Hearing**

<u>No Objection.</u> The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within twenty-one (21) days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

<u>Objection.</u> Any objection shall set out the legal and/or factual basis for the objection. A copy of the objection shall be served on the movant.

<u>Hearing on Objection.</u> The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

      COMES NOW R. SAM HOPKINS, Trustee and hereby represents and applies to the Court

as follows:

1. That your Applicant is the duly appointed and acting Trustee in Bankruptcy of the

bankruptcy estate of the above-named Debtor in proceedings pending under Chapter 7 of the Bankruptcy Code in this Court.

1. That your Applicant desires to liquidate and dispose of property of the estate at a public auction, and retain a professional auctioneer to act as official auctioneer for the estate as to said sale.

2. That your Applicant, after investigation and research, has determined it would be in the best interest of the estate to contract with <u>Prime Time Auctions, Inc., 3400 South 5th, Pocatello, Idaho 83201</u>, to act as official auctioneer as to said sale. That attached hereto and incorporated herein is a true and accurate copy of the proposed Auction Agreement executed by the proposed Auctioneer and Trustee.

3. That in addition, said proposed Auction Agreement sets forth specifically therein various details and effects concerning the conduct of sale as proposed, which Trustee represents to the Court constitute the most reasonable manner to conduct said sale and is in the best interest of the creditors of this estate.

1. That to the best of Applicant's knowledge, information and belief, the proposed Auctioneer has no connection, other than noted below, with the debtor(s), creditors, Trustee, or any other party in interest, their respective attorneys and accountants, the U.S. Trustee, or any person employed in the office of the U.S. Trustee and is a disinterested person as the term is defined by 11 USC 101(14) and is in fact qualified and competent to conduct said sale of behalf of said estate. It is possible that the debtor and/or other creditors in this case may have bought or sold items at a Prime Time auction in the past. Such activity does not represent a conflict in this case. Auctioneer is regularly employed by the Trustee to auction bankruptcy estate property and Auctioneer requires bidders sign a contract to bid. There are no other known connections to the

parties in interest.  That attached hereto and incorporated herein is a true and accurate copy of the Verified Statement of Auctioneer to be Employed executed by the proposed Auctioneer.

WHEREFORE, Applicant prays for an order of this Court approving the employment of said Prime Time Auctions, Inc., as official Auctioneer of the bankruptcy estate for the purpose of conducting said sale subject to the terms and conditions set forth in the attached Auction Agreement, and for such other and further relief as to the Court seems just and proper in the premises.

Dated:      November 16, 2017

                                                /s/ R. Sam Hopkins
                                                R. SAM HOPKINS, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent a Notice of Electronic Filing to the individuals with the term "ECF" noted next to their name.  I further certify that, on the same date, I have mailed by United States Postal Service the foregoing document to the following non-CM/ECF Registered Participant(s) listed below.

U.S. Assistant Trustee, ECF
Travis, Sean Patrick, Po Box 411, Island Park, ID 83429
Ryan E Farnsworth, ECF

                                      /s/    Amber Williams
                              Amber Williams , Case Administrator